

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com



August 14, 2014

Defendant's request is granted on consent. The sentencing is adjourned to November 6, 2014 at 4:30 p.m.

So Ordered.

Hon. Shira A. Scheindlin, U.S.D.J.
August 14, 2014

**VIA EMAIL**

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Jonathan Mirabal, No. 13 Cr. 242 (SAS)

Dear Judge Scheindlin:

We serve as counsel for Jonathan Mirabal in the above-captioned case.

At Mr. Mirabal's change-of-plea proceeding, the Magistrate Judge set a control date of September 8, 2014. On behalf of Mr. Mirabal, we respectfully request that his sentencing be adjourned for 60 days. The government consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

Harry H. Rimm

cc: Jessican Ortiz, Esq. (Via Email)