**SULLIVAN & WORCESTER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/14

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

August 21, 2014

VIA FACSIMILE (212) 805-7920
Honorable Shira A. Scheindlin
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

*Request granted. The Report is to be disclosed on October 9, 2014 for the November 6, 2014 sentencing.*

*SO ORDERED*

*Shira A. Scheindlin, USDJ*
*8/21/14*

Re:   United States v. Jonathan Mirabal, No. 13 Cr. 242 (SAS)

Dear Judge Scheindlin:

I serve as appointed counsel for Jonathan Mirabal in the above-captioned case.

By Order dated August 14, 2014, Mr. Mirabal's sentencing was rescheduled on consent to November 6, 2014. My understanding is that the probation officer's second and final disclosure of the Presentence Report (the "Report") remains due no later than August 29, 2014.

On Mr. Mirabal's behalf, I respectfully request that Your Honor allow the final disclosure of the Report to be made no later than October 9, 2014. Doing so will allow us to further review the Report with Mr. Mirabal and to prepare and submit our objections for the probation officer to address in the first instance. If probation were to issue the Report without our objections, the Court would have to address the objections, and there may be a need for a supplemental report. Additional time for the disclosure also will likely result in probation receiving -- and being able to include in the Report -- many of Mr. Mirabal's medical, employment and school records identified in the first disclosure as having been requested but not yet received.

Finally, this request will not delay sentencing and actually will result in the parties and the Court having more time -- rather than less time -- with the Report prior to sentencing. Under the prior schedule, the Report was to be disclosed on August 29, 2014 with a sentencing control date of September 8, 2014. We now respectfully request that the Report be disclosed on October 9, 2014 for the November 6, 2014 sentencing.

The government has no objection to this request. Thank you for your attention to this matter.

Respectfully submitted,

Harry H. Rimm

cc:   Jessica Ortiz, Esq. (Via Email)

BOSTON   LONDON   NEW YORK   WASHINGTON, DC