

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/14

November 7, 2014

The request for an adjournment is granted. The sentencing is scheduled for December 10th at 4:30 PM.

SO ORDERED.

11/10/14  Hon. Shira A. Scheindlin, U.S.D.J.

**VIA FACSIMILE (212) 805-7920 & EMAIL**

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Jonathan Mirabal, No. 13 Cr. 242 (SAS)

Dear Judge Scheindlin:

I serve as CJA counsel for Jonathan Mirabal in the above-captioned case. Mr. Mirabal's sentencing is presently scheduled for Monday, November 17, 2014.

I respectfully request that the sentencing be adjourned for two reasons. First, a Second Addendum to the Presentence Report, with substantive changes, was disclosed on October 30, 2014, and I require additional time in order to meet with Mr. Mirabal and review the changes with him. Second, I am now scheduled to be out of the country on business on November 17, 2014.

For these reasons, we respectfully request that Mr. Mirabal's sentencing be adjourned until Tuesday, December 9, 2014 at 4:30 p.m.; that Mr. Mirabal's pre-sentence submission be due no later than December 3, 2014; and that the government's response to Mr. Mirabal's submission, if any, be due no later than Friday, December 5, 2014. The government consents to this request and proposed revised schedule.

Thank you for your attention to this matter.

Respectfully submitted,

Harry H. Rimm

cc: Jared Lenow, Esq. (Via Email)