Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 0 6 2015

Caption:

United States

v.

Jonathan Mirabal

Docket No.: 13-CR-242(SAS)

Shira A. Scheindlin
(District Court Judge)

Notice is hereby given that Jonathan Mirabal appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____

(specify)

entered in this action on December 24, 2014.
(date)

This appeal concerns: Conviction only |___| Sentence only |✓| Conviction & Sentence |___| Other |___|

Defendant found guilty by plea |✓| trial |   | N/A |   |.

Offense occurred after November 1, 1987? Yes |✓| No |   | N/A |   |

Date of sentence: 12/10/14 and 12/23/14   N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed |   | N/A |   |

Appellant is represented by counsel? Yes |✓| No |   | If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Harry H. Rimm, Sullivan & Worcester LLP |
| Counsel's Address: | 1633 Broadway |
| | New York, New York 10019 |
| Counsel's Phone: | (212) 660-3000 |
| Assistant U.S. Attorney: | Jared Lenow, U.S. Attorney's Office |
| AUSA's Address: | One St. Andrew's Plaza |
| | New York, New York 10017 |
| AUSA's Phone: | (212) 637-2200 |

_____
Signature