13CR242(SAS)

JONATHAN MIRABAL #69080054                                   12/09/15
Federal Correctional Institution Allenwood
P.O. Box 2000
Whitedeer, PA 17887

"General Clerk"
United States District Court, Southern District of New York
500 Pearl Street, Room 120
New York, N.Y. 10007

Re: United States v. Jonathan Mirabal) (Docket #13-CR-24
    CASE #: 1:13CR000242-013(SAS)

Dear Clerk,
   Hello, I am presently Incarcerated In "F.C.I Allenwood", I was Sentenced out of the courts of the "Honorable Judge Scheindlin". I am no longer with representation of an attorney, I am respectfully requesting copies of the following Documents or at least, An explaination, on How to obtain them From a Prison:

1) Master Docket Sheet" (Including all co-defedants)
2) Transcripts From, December 23, 2014 Appearance (Hearing)
3) Transcripts From "Grand Jury Hearing".

1 OF 2

4) Pursutant to Rule 1613,
   - DD5's
   - UF 61
   - All Post Arrest statements

Your assistance in this matter is greatly appreciated. Thank you very much for your continued assistance.

Best Regards,
J. Mirabal

2 OF 2

JONATHAN M FRABAL #69080654
Federal Correctional Institution Allenwood
P.O. Box 2000
White deer, PA 17887

HARRISBURG PA 171

09 DEC 2015 PM 2 L

United States Court House (Southern District)
CLERK'S OFFICE
500 Pearl Street, Room 120
New York, NY 10007

DEC 09 2015